In the Matter of the Judicial Settlement of the Account of Eliza Beatty Moore and Charles H. Godwin, as Executors of and Trustees under the Last Will and Testament of Claudius F. Beatty, Deceased, Appellants. Jane Beatty and Others, Respondents.— Decree of the Surrogate's Court of Kings county in so far as appealed from affirmed, with costs. No opinion. Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ., concurred.

In the Matter of the Petition of the Southfield Beach Railroad Company, Appellant, for the Condemnation of Certain Property. Robert W. Barnes and Others, Respondents.— Order modified by reducing the compensation of commissioners to six dollars per day, and as so modified affirmed, without costs. No opinion. Jenks, P. J., Burr, Thomas, Carr and Woodward, JJ., concurred.

William King, by James J. King, His Guardian ad Litem, Respondent, v. The City of New York, Appellant, Impleaded with John Monahan, Defendant.— Judgment and order unanimously affirmed, with costs. No opinion. Present— Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ.

Emanuel Klein, Respondent, v. John A. Petri, as Administrator, etc., of Conrad Petri, Deceased, Appellant.— Judgment of the Municipal Court reversed and new trial ordered, costs to abide the event, on the ground that the alleged contract to pay the sum of $500 is not established by satisfactory evidence. Jenks, P. J., Carr and Rich, JJ., concurred; Thomas and Woodward, JJ., dissented.

William J. McPherson, Respondent, v. The City of New York, Appellant.— Judgment and order affirmed, with costs. No opinion. Hirschberg, Burr, Woodward and Rich, JJ., concurred; Jenks, P. J., dissented.

Thomas Rowan, Respondent, v. Caroline Peck, Appellant.— Judgment and order affirmed, with costs. No opinion. Hirschberg, Burr, Thomas, Carr and Woodward, JJ., concurred.

Joseph M. Schwartz and Nathan Schwartz, Copartners, etc., Appellants, v. Ralph Levy, Respondent.— Judgment of the Municipal Court reversed and new trial ordered, costs to abide the event, on the ground that the ... against the weight of credible evidence. Jenks, P. J., Carr ... concurred; Thomas and Woodward, JJ., dissented.

... Respondent, v. Charles A. Lock, Appellant.— Motion to ... d, on condition that the appellant pay the respondent ... perfect his appeal, place the case on the next calendar and ... argument when reached. Otherwise, motion granted, with ten ... osts. Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ.,

... ohnhoff, Appellant, v. Henry C. Fischer, Impleaded with